UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JENNIFER PEAT, et al.,

           Plaintiffs,

  - against -

CITY OF NEW YORK, et al.,

           Defendants.
------------------------------------------------------------X

**ORDER**

12 Civ. 8230 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

        On October 4, 2013 I ordered defendants to submit documents described on two privilege logs dated July 2, 2013 and July 3, 2013 for *in camera* inspection to determine if they were properly withheld pursuant to the law enforcement and/or deliberative process privileges. I have reviewed the documents and find that all sixteen documents are protected by the law enforcement privilege and were properly withheld.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
              November 1, 2013

## - Appearances -

**For Plaintiffs:**

David Thompson, Esq.
Stecklow Cohen and Thompson
10 Spring Street, Suite 1
New York, NY 10012
(212) 556-8000

**For Defendants:**

Andrew Joseph Lucas, Esq.
Dara Lynn Weiss, Esq.
New York City Law Department
100 Church Street
New York, NY 10007
(212) 788-0303