```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/14
```



THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**ZACHARY CARTER**
*Corporation Counsel*

**ANDREW LUCAS**
*Assistant Corporation Counsel*
Phone: (212) 356-2373
Fax: (212) 356-3509
alucas@law.nyc.gov

March 10, 2014

**BY ECF and Hand**
Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

The March 20, 2014 conference is adjourned to April 21, 2014 at 4:30pm.

SO ORDERED

*[signature]*

Shira A. Scheindlin, USDJ
3/13/14

Re:   Jennifer Peat et al., v. The City of New York, et al.
      12 CV 8230 (SAS)

Your Honor:

I am pleased to inform you that the parties have reached a settlement in principle on this matter. The parties are in the process of negotiating a settlement of outstanding fees and costs, and will file a stipulation and proposed order of dismissal with the Court when the same has been resolved.

Accordingly, the parties request that the March 13, 2014 pre-trial conference be adjourned without a date. This is the first request for an adjournment of this matter. Thank you for your consideration.

Respectfully submitted,

/s/
Andrew Lucas
*Assistant Corporation Counsel*

cc:   Wylie Stecklow
      Stecklow Cohen and Thompson
      *Attorney for Plaintiff*